**FILED**
June 7, 2019
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>  Plaintiff,  )<br>v.  )<br>  )<br>GREGORIO ANGEL ROJAS,  )<br>  )<br>  Defendant.  ) | Case No. 3:19-mj-00013-DMC<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release, GREGORIO ANGEL ROJAS, Case No. 3:19-mj-00013-DMC from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

___ Release on Personal Recognizance

_X_ Bail Posted in the Sum of: $50,000.00.

    _X_ Co-Signed Unsecured Appearance Bond

    ___ Secured Appearance Bond

    _X_ (Other) Conditions as stated on the record.

    _X_ (Other) The Defendant is ordered released to the custody of the Pretrial Services Officer on 6/10/2019 for transport to the Well Space drug treatment facility.

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at Sacramento, CA on 6/7/2019 at 3:05 p.m.

By /s/ Edmund F. Brennan
Edmund F. Brennan
United States Magistrate Judge